# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-4355 FMO (JEMx) | Date | October 2, 2015 |
|---|---|---|---|
| Title | NutraMed Holdings, Inc. v. Manu Patolia, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause

On the court's own motion, IT IS SO ORDERED that no later than **October 9, 2015**, plaintiff and defendants shall each show cause in writing why this action should not be stayed pending resolution of the arbitration in Patolia v. NutraMed Holdings, Inc., Case No. CV 14-6493.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |